# MEMORANDUM DECISIONS.

ADDISON v. ENOCH et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by John Addison against Rosa Enoch and another. No opinion. Motion denied, with $10 costs. See 62 N. Y. Supp. 613.

AIKEN, LAMBERT & CO., Respondent, v. HASKINS, Appellant. (Supreme Court, Appellate Division, Third Department. March 20, 1900.) Action by Aiken, Lambert & Co. against Charles L. Haskins. No opinion. Judgment affirmed, with costs. See 59 N. Y. Supp. 486.

In re ALBINGER. (Supreme Court, Appellate Division, Second Department. March 28, 1900.) In the matter of the probate of a paper writing purporting to be the last will and testament of Joseph Albinger, deceased. No opinion. Motion for reargument denied. See 63 N. Y. Supp. 744.

ALMQUIST et al., Appellants, v. SWANHOLM, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Gustaf Almquist, John A. Blomgren, and John F. Larson, as trustees of Court Svea, No. 317, Foresters of America, against Lars Swanholm. No opinion. Judgment of the municipal court reversed on argument, and new trial ordered; costs to abide the event.

AMERICAN ICE CO., Respondent, v. BYRNES, Appellant. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by the American Ice Company against Thomas L. Byrnes. H. Wendt, for appellant. W. Rand, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ANDREWS v. NORTHERN PAC. R. CO. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Addison F. Andrews against the Northern Pacific Railroad Company. No opinion. Motion granted, with $10 costs.

ANGEL, Respondent, v. LAWYERS' TITLE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Frank W. Angel against the Lawyers' Title Insurance Company of New York, impleaded with the Methodist Protestant Church of Williamsburgh and others. No opinion. Judgment, so far as appealed from, affirmed, with costs. See 62 N. Y. Supp. 1131.

In re ASLEN. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) In the matter of the application of Augustine Aslen to compel the payment to her by Fred H. Beker of moneys received by him as her attorney. No opinion. Order affirmed, with $10 costs and disbursements.

BALL, Appellant, v. MANSFIELD et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 13, 1900.) In the matter of the application of Jerome Ball for a writ of peremptory mandamus against William K. Mansfield and others, constituting the town board of health of the town of Waterford. No opinion. Order affirmed, with $10 costs and disbursements.

In re BALTES. (Supreme Court, Appellate Division, First Department. March 16, 1900.) In the matter of Fernando Baltes. No opinion. Motion denied.

BANG v. McAVOY. (Supreme Court, Appellate Term. March 5, 1900.) Action by Richard T. Bang against Richard McAvoy. The appellate term reversed a judgment in favor of plaintiff (61 N. Y. Supp. 83), and plaintiff moves for leave to appeal to the appellate division. Granted.

PER CURIAM. Motion for leave to appeal to the appellate division granted, on condition that no other question shall be raised on such appeal except the question whether the record in the municipal court in an action for the recovery of money only must show that the defendant resided within the jurisdiction of the municipal court, and whether the failure of the record to disclose such residence is a jurisdictional defect, calling for the reversal of the judgment on appeal, although the defendant did not raise the objection at the trial.

In re BARBINEAU. (Supreme Court, Appellate Division, First Department. March 9, 1900.) In the matter of Mary E. Barbineau. No opinion. Motion granted, with $10 costs. See 59 N. Y. Supp. 375.

BARNES, Appellant, v. BRICE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Thurlow W. Barnes against Calvin S. Brice and others. C. J. Hardy, for appellant. W. P. Butler, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

BARR, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1900.) Action by Dora Barr against the Metropolitan Street-Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.